FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 27 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-1613 JB |
| ) | |
| v. ) | |
| ) | |
| DANIEL ARCHULETA, a.k.a. "Smurf," ) | |
| ) | |
| Defendant. ) | |

### SEALED ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Penitentiary of New Mexico, Santa Fe, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of Penitentiary of New Mexico to surrender DANIEL ARCHULETA, a.k.a. "Smurf," SSN 8303, to the United States Marshal for the District of New Mexico or his representative in order that DANIEL ARCHULETA, a.k.a. "Smurf," may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable Chief United States Magistrate Judge Karen B. Molzen on Friday, April 29, 2016, at 1:30 p.m.

DANIEL ARCHULETA, a.k.a. "Smurf," is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

It is further ordered that this order remain under seal until presentment of the defendant at Court.

_____
KAREN B. MOLZEN
CHIEF UNITED STATES MAGISTRATE JUDGE