| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | |
|---|---|---|---|---|---|
| | Before the Honorable Karen B. Molzen | | | | |
| | United States Magistrate Judge | | | | |
| | Clerk's Minutes – Initial | | | | |
| Date: | 4/29/2016 | | Case Number: | CR 16-1613 JB | |
| Case Title: USA v. | See below | | Liberty: | Gila @ | 2:02 pm |
| Courtroom Clerk: | E. Romero | | Total Time: | 51 minutes | |
| Probation/Pretrial: | A Candelaria | | Interpreter: | n/a | |
| ATTORNEYS PRESENT: | | | | | |
| Plaintiff: | Maria Armijo and Randy Castellano | | Defendant: | Pro-Se | |
| PROCEEDINGS: | | | | | |
| ☒ | Defendants Sworn | | | | |
| ☒ | Defendants received copy of charging document | | | | |
| ☒ | Defendants advised of rights and penalties | | | | |
| ☒ | Defendants want Court appointed counsel | | | | |
| ☒ | Government moves to detain and requests continuance | | | | |
| ☒ | Defendants remanded to the custody of the United States Marshal's Service | | | | |
| ☒ | Arraignment/Detention | Gila | | 5/5/2016 | @ 1:30 p.m. |
| ☒ | Other: Defendants present: Mandel Parker (requires medical attention), Manuel Armijo (requires medical attention), Daniel Archuleta, Frederico Munoz, Anthony Cordova, Richard Gallegos (requires medical attention), Sergio Rodriguez, Manuel Brito and Vincent Garduno. | | | | |